UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 15-20473-Cr-Ungaro |
| ) | |
| LLOYD BOGGIO ) | |
| _____ ) | |

## ORDER RECOMMENDING PRISON DESIGNATION

THIS CAUSE came before the Court upon Mr. Boggio's request for a recommendation that he be designated to a federal prison camp in South Florida.

ACCORDINGLY, the Court recommends to the Bureau of Prisons that Mr. Boggio be designated to the federal prison camp (FPC) in South Florida, **not** the FDC in downtown Miami.[1]

ENTERED: December 13, 2016.

_____
HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

---

[1] The Judgment entered on December 12, 2016 (Doc. #409) contains a recommendation for a "S. Florida facility (FDC)." This Order supersedes that recommendation.