UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20473-CR-UNGARO(s)(s)(s)

UNITED STATES OF AMERICA,

vs.

LLOYD BOGGIO,

Defendant.

_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States of America (the "United States") for the entry of a Final Order of Forfeiture.   Being fully advised in the premises and based on the motion of the United States, the record in this matter and for good cause shown thereby, the Court finds as follows.

1.      On September 26, 2016, this Court entered a Preliminary Order of Forfeiture [ECF 334], condemning and forfeiting the interest of Lloyd Boggio (the "Defendant") in the following property to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853:

a.   approximately $495,109.11 in United States currency, seized from Wells Fargo account number 2000058126688, in the name of Caesar & Cleopatra Investments, LLP;

b.   approximately $105,720.60 in United States currency, seized from Wells Fargo account number 1010298389111, in the names of Lisa Boggio Gift Trust and Lloyd J. Boggio as Trustee;

c.   approximately $11,290.74 in United States currency, seized from Wells Fargo account number 1010298386237, in the name Lloyd and Nancy Boggio;

d. approximately $298,590.00 in United States currency, seized from Fidelity Investments account number 647-497592, in the name of Caesar & Cleopatra Investments, LLP;

e. approximately $460,526.28 in United States currency, seized from Fidelity Investments account number 647-492736, in the name of Caesar & Cleopatra Investments, LLP;

f. approximately $46,665.37 in United States currency, seized from US Century Bank account number 2-895-1, in the name of Caesar & Cleopatra Investments, LLP; and

g. approximately $596,986.00, all contents, including interest, of CEF Total Return Opportunity Fund LP, Class A Interest, in the name of Caesar and Cleopatra Investments, LLP, Kaufman Rossin Fund Services, Account 893489062.

(hereinafter, the "Property").

2.      In accordance with 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication in a criminal case, notices of the Preliminary Order of Forfeiture were posted in an official government internet site (www.forfeiture.gov).    The time for filing a petition expired on November 29, 2016, and January 11, 2017, 60 days after the first day of publication pursuant to Rule G(5)(a)(ii)(B), Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions.

3.      The Declarations of Publication were filed with the Clerk of the Court on February 21, 2017 [ECF 429] and April 10, 2017 [ECF 441].

4.      Also in accordance with 21 U.S.C. § 853(n), direct written notices of the forfeiture were provided to all persons and entities known to have an alleged interest in the preliminarily forfeited property.

5.      On March 21, 2017, the Court entered an Order approving a Stipulation and Settlement Agreement ("Agreement") [ECF 438] between the United States, the Defendant, and

Beneficiaries Nancy Boggio, Truth Erdeljan, Jacqueline Edgewater, Lori Neubauer, and Christopher Liptak ("Beneficiaries"). Pursuant to the Agreement, the Beneficiaries agreed to forfeit any and all interest in the Property to the United States.

6. No other third party has filed a timely petition for an ancillary hearing, and the United States is not aware of any other third party having a legal interest in the Property.

Accordingly, pursuant to 21 U.S.C. § 853(n)(7), and for good cause shown, it is hereby, ORDERED, ADJUDGED and DECREED that all right, title and interest in the following property is hereby forfeited to, and clear title vested in, the United States of America:

    a.  approximately $495,109.11 in United States currency, seized from Wells Fargo account number 2000058126688, in the name of Caesar & Cleopatra Investments, LLP;

    b.  approximately $105,720.60 in United States currency, seized from Wells Fargo account number 1010298389111, in the names of Lisa Boggio Gift Trust and Lloyd J. Boggio as Trustee;

    c.  approximately $11,290.74 in United States currency, seized from Wells Fargo account number 1010298386237, in the name Lloyd and Nancy Boggio;

    d.  approximately $298,590.00 in United States currency, seized from Fidelity Investments account number 647-497592, in the name of Caesar & Cleopatra Investments, LLP;

    e.  approximately $460,526.28 in United States currency, seized from Fidelity Investments account number 647-492736, in the name of Caesar & Cleopatra Investments, LLP;

    f.  approximately $46,665.37 in United States currency, seized from US Century Bank account number 2-895-1, in the name of Caesar & Cleopatra Investments, LLP; and

    g.  approximately $596,986.00, all contents, including interest, of CEF Total Return Opportunity Fund LP, Class A Interest, in the name of Caesar and Cleopatra Investments, LLP, Kaufman Rossin Fund Services, Account 893489062

An official of the United States Internal Revenue Service, or any duly authorized law enforcement official, shall dispose of the property in accordance with the law.

**DONE AND ORDERED** at Miami, Florida, this _11_ day of April, 2017.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE