# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 15-20473-Cr-Ungaro |
| ) | |
| LLOYD BOGGIO ) | |
| _____ ) | |

## ORDER EXTENDING SURRENDER DATE

THIS CAUSE came before the Court upon the unopposed motion of defendant Lloyd Boggio to extend his surrender date until August 7, 2017.

THE COURT has considered the motion and the pertinent portions of the record. Accordingly, for good cause shown, it is

ORDERED AND ADJUDGED that the motion is hereby GRANTED. Lloyd Boggio must surrender to the institution designated by the Bureau of Prisons on or before August 7, 2017.

DONE AND ORDERED this 26 day of May, 2017.

_____
HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE